# United States District Court

FILED
FEB 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

5331 Lola Lane
Montgomery, AL 36108

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:06mj12-SRW

I, __Edward B. Kleppinger__ being duly sworn depose and say:

I am a(n) __Special Agent__ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

5331 Lola Lane
Montgomery, AL 36108

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

items relating to fraudulently filed FEMA applications and checks, and documents and other evidence which will help to further establish that Elois Curry was lying to federal agents when she was previously interviewed as well as other fruits and evidence of these crimes.

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense, contraband, and property that has been used as a means of committing a criminal offense**

concerning violations of Title __18 United States Code, Section(s) 287, 641, 1001, 1341 & 1343__.

The facts to support the issuance of a Search Warrant are as follows:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Edward B. Kleppinger_
Signature of Affiant

Sworn to before me and subscribed in my presence,

January 27, 2006                                at     Montgomery, Alabama
Date                                                   City and State

Susan Russ Walker, U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

# AFFIDAVIT

I, Edward B. Kleppinger, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) of the Department of Homeland Security (DHS), Office of Inspector General (OIG), Office of Investigations, assigned to investigate violations of Title 18, United States Code and other violations against DHS. I have 10 years of criminal investigative experience, six as a Special Agent with the Georgia Bureau of Investigation and four as a Special Agent with the federal government.

2. This affidavit is made in support of an application for a search warrant of the premises and curtalage located at 5331 Lola Lane, Montgomery, Alabama 36108, for evidence of violation of Title 18, United States Code (USC), Section 287 (presenting False, Fictitious and Fraudulent Claims to a Government Agency), Title 18 USC, Section 641 (Theft of Government Property/Funds), Title 18 USC, Section 1341 (Mail Fraud), Title 18 USC, Section 1343 (Wire Fraud), and Title 18 USC, Section 1001 (False Statments).

3. On August 29, 2005, following the landfall of Hurricane Katrina, President George W. Bush declared several counties in the State of Louisiana federal disaster areas (FEMA-1603-DR-LA), making qualified applicants eligible for Individual Assistance (IA) and Public Assistance (PA) disaster funds. The DHS, Federal Emergency Management Agency (FEMA) established a toll-free telephone number and an Internet web-based registration site for individuals to make applications for disaster assistance funds under their housing assistance program. Because of the catastrophic emergency situation, FEMA expedited payment of $2,000.00 in funds without immediate verification of the authenticity by an inspector of the individual claims. These funds are intended to provide emergency compensation for emergency housing, shelter or food needs to those applicants displaced by the disaster. FEMA will also arrange with the applicant a future date for an inspector to visit and assess any further housing and other disaster assistance funding needs.

4. On October 8, 2005, Special Agent Terry Crump and I interviewed Natasha Howard regarding an allegation that Howard filed a false FEMA claim for disaster assistance. Howard stated that while visiting a public housing area (Smiley Court), Montgomery, AL, she learned that other people living in the housing area were filing false FEMA claims by claming they were living in Louisiana when Hurricane Katrina struck. Howard admitted that she knowingly allowed another person, Crystal Phillips, to file a false FEMA claim on Howard's behalf.

1

5. On October 8, 2005, Agent Crump requested information from the National Processing Service Center (NPSC), FEMA, regarding information on applicants who applied for disaster assistance for Hurricane Katrina, (FEMA-DR-1603-LA) who provided a current address within the Montgomery US Postal Service Zip Code number 36108. The NPSC, FEMA, provided information that included eighteen (18) applications filed with a current address listed as 5331 Lola Lane, Montgomery, AL 36108. The applicants FEMA registration identification number, the applicant name, damaged address claimed in Louisiana, the current address claimed by the applicant in Montgomery, AL, and the applicant's social security number were listed as:

| FEMA ID | NAME | LOUISIANA ADDRESS CLAIMED | CURRENT MAILING ADDRESS-MONTGOMERY | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 93-1526794 | Nathaniel Curry | 804 Whitney Avenue Apt C | 5331 Lola Lane | 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 |
| 93-1507614 | Richard Parker | 803 Whitney Avenue Apt C | 5331 Lola Lane | 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 |
| 93-1507512 | Donald Cleveland | 802 Whitney Avenue Apt B | 5331 Lola Lane | 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 |
| 93-1446279 | Andrew Lassic | 811 Whitney Avenue | 5331 Lola Lane | 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 |
| 93-1445698 | James Lassic | 18 Whitney Avenue | 5331 Lola Lane | 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 |
| 92-1389007 | Veronica Willis | 810 Whitney Avenue | 5331 Lola Lane | 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 |
| 92-1332297 | Veronica Willis | 811 Whitney Avenue | 5331 Lola Lane | 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 |
| 93-1304057 | Veronica Willis | 811 Whitney Avenue | 5331 Lola Lane | 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 |
| 93-1296682 | Curnel Gordon | 815 Whitney Avenue | 5331 Lola Lane | 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 |
| 92-1468554 | Willie Goldsmith Jr | 1810 Hitney Avenue | 5331 Lola Lane | 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 |
| 91-2281657 | Willie Goldsmith Sr | 812 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2281674 | Willie Goldsmith | 812 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2281603 | Jannell Lassic | 810 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2281311 | Janell Lassic | 812 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2281472 | Andre Lassic | 812 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2281534 | James Lassic | 810 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2052604 | Eloise Curry | 617 Whitney Avenue | 5331 Lola Lane | 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 |
| 91-2170242 | Karsten King | 811 Whitney Avenue | 5331 Lola Lane | 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 |

6. On or about October 14, 2005, DHS OIG Special Agents Terry Crump and Jeff Monnin went to 5331 Lola Lane, Montgomery, AL, to interview Eloise Curry. An unidentified black female answered the door. The unknown female confirmed that Eloise Curry lived at the address, but stated that Eloise Curry was not presently at the residence. Special Agent Crump provided the unknown female with a piece of paper containing his name and telephone number. Agent Crump asked the unknown female to have Eloise Curry telephone Agent Crump. Special Agents Terry Crump and Jeff Monnin observed that the mailbox for the property, which was located near the street curb, was affixed with a padlock.

7. On or about October 21, 2005, Inspector James Tynan, US Postal Inspection Service, and I interviewed personnel at the US Post Office, Montgomery, AL, regarding the mail delivery service for 5331 Lola Lane, Montgomery, AL. I was shown three pieces of mail from FEMA that was scheduled for delivery to 5331 Lola Lane.

8. On October 24, 2005, and October 29, 2004, DHS OIG Special Agent Terry Crump and I interviewed Bernetta Willis. Bernetta Willis was born on June 5, 1978, and is the daughter of Eloise Curry. Bernetta Willis said that at the time Hurricane Katrina struck she lived at 617 Whitney Avenue, Harvey, Louisiana. Bernetta Willis said that her mother, Eloise Curry, Nathaniel Curry (Eloise Curry's husband), Veronica Willis, Franklin Curry and Curnel Gordon, lived at 5331 Lola Lane, Montgomery, AL, and that they did not live in Louisiana. Bernetta Willis said that her sister, Veronica Willis, was mentally and physically handicapped due to an automobile accident and was unable to have filed a FEMA claim. Veronica Willis lives with her mother, Eloise Curry, at 5331 Lola Lane, Montgomery, AL.

9. On October 29, 2005, DHS OIG Special Agent Terry Crump and I interviewed Franklin Curry. Franklin Curry is 14 years old, and is the son of Eloise Curry. During the interview, his sister, Bernetta Willis, accompanied Franklin Curry. Franklin Curry said that his mother Eloise Curry made several phone calls to FEMA and made claims using other people's personal information. Franklin Curry said that he checked the mailbox at the residence for mail. He saw several pieces of mail from FEMA in white envelopes and he saw FEMA checks in brown envelopes. On one occasion, sometime during September 2005 or October 2005, when he obtained the mail from the mailbox and took it inside the residence, his mother became angry and told him not to get the mail because "she did not want everyone to know her business." Franklin Curry said that after that incident, Eloise Curry placed a padlock on the mailbox. Franklin Curry said that whenever his mother received a FEMA check, she would call the person who's name was on the check, and they would go together and cash the check. Franklin Curry said that when the check was cashed, his mother would receive a portion of the money. Franklin Curry said he accompanied his mother, Eloise Curry, on 3 or 4 occasions to cash FEMA checks. Franklin Curry said that when DHS OIG Special Agents went to 5331 Lola Lane, he was instructed by his mother not to answer the door. Franklin Curry said that his mother answered the door and lied to agents that Eloise Curry was not at home.

10. On Tuesday, December 13, 2005, the OIG received a telephone call from Wayne Hudson, manager of Premium Package in Montgomery, Alabama. The OIG had received information during an interview that several people had cashed or attempted to cash FEMA checks at this location. The OIG had advised Hudson to be aware of possible fraudulent checks coming to his store and provided him with several names, including Curry's. On December 12, 2005, Curry had entered Premium Package and presented a FEMA check. Hudson did not cash the check and called other local package stores, including Phillips Package Store, to warn them about Curry.

3

Approximately fifteen minutes after his store received the call from Hudson, Curry entered the store and attempted to cash a FEMA check. White and another clerk at the store began asking questions and eventually contacted the Montgomery Police Department (MPD). Curry and her associate left the store and drove away. White was able to get a license plate number and provided this to MPD. White also provided MPD with the check, two driver's licenses, and videotape depicting the transaction. White faxed a copy of the check and the licenses to the OIG.

The fax was received on this date. The check was a United States Treasury check (Number 75202847) for disaster assistance issued to Eloise Curry for $2,358.00. The address on the check was 5331 Lola Lane, Montgomery, Alabama. The two Alabama Non Driver Identification cards were for Eloise Curry I497796 and Nathaniel Curry I464361.

11. On Tuesday, December 13, 2005, I contacted Sergeant Dewayne Johnson, Montgomery (Alabama) Police Department (MPD), White Collar Crime Division. This contact was in reference to Eloise Curry and a FEMA check she attempted to cash at Phillips Package Store at 2391 Congressman WL Dickenson Drive, Montgomery, Alabama.

The OIG had contacted Phillips Package Store and received information that Curry had entered the store and attempted to cash a FEMA check. Gary White, manager, and another clerk at the store began asking questions and eventually contact the Montgomery Police Department (MPD). Curry and her associate left the store and drove away. White was able to get a license plate number and provided this to MPD. White also provided MPD with the check, two driver's licenses, and videotape depicting the transaction.

12. On Monday, January 9, 2006, the OIG along with the United States Postal Inspection Service (USPIS), Montgomery, Alabama, executed a search warrant on mail seized that was being sent by the United States Department of the Treasury to 5331 Lola Lane, Montgomery, Alabama. The warrants were for three envelopes containing checks issued to Janell Lassic, James Lassic, and Willie Goldsmith.

The result of the warrant obtained can be summarized as follows:

> Envelope 1: Contained a US Treasury Check issued to James Lassic for disaster assistance. The check number was 75652138 and was for $1,352. A notice from FEMA was also included.
>
> Envelope 2: Contained a US Treasury Check issued to Willie Goldsmith for disaster assistance. The check number was 75652364 and was for $1,352. A notice from FEMA was also included.

4

Envelope 3: Contained a US Treasury Check issued to Janell Lassic for disaster assistance. The check number was 75652362 and was for $1,352. A notice from FEMA was also included.

13. In an interview on December 7, 2005, with Special Agent Jeffery Monnin and I, Curry, made what OIG believes to be a variety of false statements. While Curry stated that she had lived at 5331 Lola Lane since 2002 and denied that she ever lived in Louisiana, she also denied that she ever filed a FEMA claim for Hurricane Katrina. She instead claimed that checks that arrived at her house were for boarders that she provides rooms for in her home. The boarders included Curnel Gordon and Willie Williams. Curry stated that she did not know Janell, Andre, or James Lassic. Curry stated that the people living with her at the end of August 2005 included Gordon, Williams, Laketia Warner (daughter), and Willis.

14. On Thursday, January 19, 2006, the OIG along with the United States Postal Inspection Service (USPIS), Montgomery, Alabama, executed a search warrant on mail seized that was being sent by the United States Department of the Treasury to 5331 Lola Lane, Montgomery, Alabama. The warrant was for one envelope containing a check issued to Richard Parker.

   Item 1: Contained a US Treasury Check issued to Richard Parker for disaster assistance. The check number was 24645632 and was for $2,358. A notice from FEMA was also included.

15. On Wendesday, January 23, 2006, I interviewed a cooperating witness at the U.S. Attorney's Office in Montgomery, Alabama. Special Agent James Whitlock, (also with the DHS/OIG), and Assistant U.S. Attorney Christopher Snyder were also present. During this interview, the cooperating witness, who knows Curry well, corroborated most all of the details of this investigation, discussed above. He stated that Curry admitted the scheme to him, showed him a stack of FEMA checks, stacks of currency received from the checks, and a clipboard with the inventory of which FEMA checks had been filed and which had been received.

16. The OIG has discovered at least 22 separate individual claims for disaster assistance filed to the Federal Emergency Management Agency (FEMA) using 5331 Lola Lane, Montgomery, Alabama, as the mailing address. Eloise Curry is the homeowner and filed a claim to FEMA under disaster number 1603 and received $2,000 in Expedited Assistance (EA),

17. Based on my experience in conducting and participating in search warrants, the experience and knowledge of conducting search warrants to which I have been exposed, and my instruction through the DHS and elsewhere, I know:
    a. That persons possess in their residences, businesses, other real property and vehicles over which they have dominion and control, documents which indicate their occupancy and/or ownership such as: personal mail,

5

checkbooks, identification, notes, correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs, leases, mortgage bills, vehicle registration information, ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions, that persons often have containers of undeveloped photographic film, containing photographs (when developed) of themselves occupying the property and vehicles and that these containers of film are usually located within the property and/or vehicles which are under their dominion and control.

18. Therefore based on the facts set forth above, I believe there is probable cause that items relating to fraudulently filed FEMA applications and checks are present at 5331 Lola Lane, Montgomery, AL, 36108, as well as documents and other evidence which will help to further establish that Curry was lying to federal agents when she was interviewed on December 7, 2005.

Edward B. Kleppinger,
Special Agent
Department of Homeland Security
Office of Inspector General

Subscribed and sworn to before me this 27th day of Jan, 2006.

United States Magistrate Judge

6